FILED: May 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1449
(8:24-cv-03024-PX)

_____

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED
STATES; RESTAURANT LAW CENTER; NATIONAL FEDERATION OF
INDEPENDENT BUSINESS, INC.; MARYLAND BUILDING INDUSTRY
ASSOCIATION; WASHINGTON GAS LIGHT COMPANY; PHILADELPHIA-
BALTIMORE-WASHINGTON LABORERS' DISTRICT COUNCIL;
TEAMSTERS LOCAL 96; NATIONAL PROPANE GAS ASSOCIATION

     Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

     Defendant - Appellee

_____

O R D E R
_____

The court defers consideration of the motion to expedite pending assignment of

this case to a panel.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk