FILED:  June 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1449
(8:24-cv-03024-PX)
_____

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED
STATES; RESTAURANT LAW CENTER; NATIONAL FEDERATION OF
INDEPENDENT BUSINESS, INC.; MARYLAND BUILDING INDUSTRY
ASSOCIATION; WASHINGTON GAS LIGHT COMPANY; PHILADELPHIA-
BALTIMORE-WASHINGTON LABORERS' DISTRICT COUNCIL;
TEAMSTERS LOCAL 96; NATIONAL PROPANE GAS ASSOCIATION

        Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

        Defendant - Appellee

------------------------------

AMERICAN GAS ASSOCIATION

        Amici Supporting Appellant

_____

O R D E R
_____

     American Gas Association has filed an amicus curiae brief with the consent

of the parties.

The court accepts the brief for filing.

American Gas Association is directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk