UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1449
(8:24-cv-03024-PX)

_____

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES; RESTAURANT LAW CENTER; NATIONAL FEDERATION OF INDEPENDENT BUSINESS, INC.; MARYLAND BUILDING INDUSTRY ASSOCIATION; WASHINGTON GAS LIGHT COMPANY; PHILADELPHIA-BALTIMORE-WASHINGTON LABORERS' DISTRICT COUNCIL; TEAMSTERS LOCAL 96; NATIONAL PROPANE GAS ASSOCIATION

         Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

         Defendant - Appellee

------------------------------

AMERICAN GAS ASSOCIATION; UNITED STATES OF AMERICA

         Amici Supporting Appellant

_____

O R D E R

_____

United States of America has filed an amicus curiae brief.

The court accepts the brief for filing.

United States of America is directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk