**CASE NO. 26-1449**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, *et al.*,

*Appellants,*

v.

MONTGOMERY COUNTY, MARYLAND,

*Respondent.*

On Appeal from the U.S. District Court for the
District of Maryland, No. 8:24-cv-03024-PX

**Amicus Brief of
Sierra Club and Chesapeake Climate Action Network
in Support of Appellee**

Susan Stevens Miller
Timothy R. Oberleiton
  *Counsel for Amici*
Earthjustice
1250 I St NW, Suite 400
Washington, D.C. 20005
(202) 667-4500
smiller@earthjustice.org
toberleiton@earthjustice.org

# TABLE OF CONTENTS

INTRODUCTION AND SUMMARY OF ARGUMENT ...........................5

ARGUMENT ........................................................................................6

    I.   Gas Appliances Emit Harmful Pollutants That Degrade Both Indoor and Outdoor Air Quality and Threaten Public Health. ....6

    II.  Emissions from gas appliances have significant outdoor air quality impacts and present health risks. ...................................16

    III. Gas Combustion in Buildings Causes Harmful Climate Pollution, In Contravention of Maryland Law. ...........................................19

    IV. Appellants' faulty reading of EPCA impermissibly affronts Montgomery County's authority to regulate. .............................21

CONCLUSION ..................................................................................26

# TABLE OF AUTHORITIES

**Cases**

*Ass'n of Contracting Plumbers of the City of N.Y., Inc. v. City of N.Y.,*
Nos. 25-977 & 25-2041, 2026 WL 1871692
(2d Cir. June 30, 2026) ............................................................ 23, 26, 27

*Griffin v. Oceanic Contractors, Inc.,*
458 U.S. 564 (1982) ......................................................................... 27

*Lara-Aguilar v. Sessions,*
889 F.3d 134 (4th Cir. 2018) ............................................................. 27

*Smoke Rise, Inc. v. Washington Suburban Sanitary Comm'n,*
400 F. Supp. 1369 (D. Md. 1975). ...................................................... 23

*Star Scientific Inc. v. Beales,*
278 F.3d 339 (4th Cir. 2002). ........................................................... 23

**Statutes and Regulations**

40 C.F.R. § 50.8(a)(1) .......................................................................... 13

40 C.F.R. § 50.8(a)(2) .......................................................................... 13

Energy Policy and Conservation Act. ........................................... *passim*

**Federal Register**

California State Implementation Plan Revisions,
47 Fed. Reg. 29,231 (Jan. 7, 1986) ..................................................... 14

Clean Air Fine Particle Implementation Rule,
72 Fed. Reg. 20,586 (Apr. 25, 2007) ................................................... 11

Energy Conservation Program: Energy Conservation Standards for
Residential Refrigerators, Refrigerator-Freezers, and Freezers,

75 Fed. Reg. 59,470 (Sept. 27, 2010)......................................................13

Energy Conservation Program: Energy Conservation Standards for
    Residential Water Heaters, Direct Heating Equipment, and Pool
    Heaters,
    75 Fed. Reg. 20,112 (Apr. 16, 2010)..................................................24

Energy of Conservation Program for Consumer Products; Proposed
    Rulemaking and Public Hearings Regarding Energy Efficiency
    Standards for Refrigerators and Refrigerator-Freezers, Freezers,
    Clothes Dryers, Water Heaters, Room Air Conditioners, Kitchen
    Ranges and Ovens, Central Air Conditioners, and Furnaces,
    47 Fed. Reg. 14,424 (April 2, 1982)..................................................23

National Ambient Air Quality Standards for Particulate Matter,
    62 Fed. Reg. 38,652 (July 18, 1997)..................................................11

National Ambient Air Quality Standards for Particulate Matter,
    71 Fed. Reg. 61,144 (Oct. 17, 2006) .................................................11

National Primary and Secondary Ambient Air Quality Standards,
    36 Fed. Reg. 8186 (Apr. 30, 1971)......................................................9

U.S. EPA, Review of the Primary National Ambient Air Quality
    Standards for Oxides of Nitrogen,
    83 Fed. Reg. 17,226 (April 18, 2018)................................................10

## Other Authorities

Am. Cancer Soc'y, *Benzene and Cancer Risk* ...........................................14

Am. Lung Ass'n, *Literature Review on the Impacts of Residential
    Combustion, Final Report* (2022)........................................................15

Am. Pub. Health Ass'n, *Gas Stove Emissions are a Public Health
    Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness
    in Children, Older Adults, and People with Underlying Health
    Conditions* (Nov. 8, 2022) ...................................................................15

iv

Andee Krasner, *et al.*, *Cooking with Gas, Household Air Pollution, and Asthma: Little Recognized Risk for Children*, 83 J. Env't Health 8 (2021)........................................................................................................8

Beyond Gas, *Cooking Up Danger: Community Study Reveals Hazardous Nitrogen Dioxide Levels in DC and Maryland Kitchens* (Nov. 2024) ........................................................................................2, 10

CCAN, *et al.*, *Cutting Through the Smog: How Air Quality Standards Help Solve the Hidden Health Toll Of Air Pollution From Maryland's Homes And Businesses* (Sept. 2023). ................................................3

Ctrs. for Disease Control & Prevention, *Carbon Monoxide Poisoning* ..12

Drew R. Michanowicz, *et al.*, *Home Is Where the Pipeline Ends: Characterization of Volatile Organic Compounds Present in Natural Gas at the Point of the Residential End User* 56 Env't Sci. & Tech. 10258 (June 2022) ..............................................7, 8, 13, 14

Eric D. Lebel, *et al.*, *Composition, Emissions, and Air Quality Impacts of Hazardous Air Pollutants in Unburned Natural Gas from Residential Stoves in California*, 56 Env't Sci. & Tech. 15828 (Oct. 20, 2022) ..7, 14

Eric D. Lebel, *et al.*, *Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes*, 56 Env't Sci. Tech. 2529 (2022)........................................................................................8

Jason J. Rose, *et al.*, *Carbon Monoxide Poisoning: Pathogenesis, Management, and Future Directions of Therapy*, 195 Am. J. Respiratory & Critical Care Med. 596 (2017) .......................................12

Jennifer M. Logue, *et al.*, *Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California*, 122 Env't Health Perspectives 43 (Jan. 2014) ..................10

Md. Pub. Serv. Comm'n Case No. 9673 (Complaint of the Office of People's Counsel Against Washington Gas Light Company and WGL Energy Services, Inc.)..........................................................................3

Md. Pub. Serv. Comm'n Case No. 9708 (Washington Gas Light Company's Application for Approval of a New Gas System Strategic Infrastructure Development and Enhancement Plan and Accompanying Cost Recovery Mechanism). ............................................3

Montgomery Cnty. Resolution No. 18-974, *Energy Climate Mobilization* (Dec. 5, 2017). ...............................................................................20

*Montgomery County Climate Action Plan* (June 2021)..........................21

Nat'l Ctr. for Healthy Hous., *Studying the Optimal Ventilation for Environmental Indoor Air Quality* 3 (Apr. 2022)....................................9

Neil E. Klepeis, *et al.*, *The National Human Activity Pattern Survey (NHAPS): A Resource for Assessing Exposure to Environmental Pollutants*, 11 J. Exposure Analysis & Env't Epidemiology 231 (2001).......................................................................................8

Rewiring America, *Breathe Easy* (Dec. 2024)........................................18

Sonoma Technology, *Ozone Impacts from Building Combustion Sources on Nonattainment Areas in Maryland* (Sept. 25, 2024)..........................1

State Climate Policy Dashboard, *Greenhouse Gas Emissions Projections in Maryland.* ...............................................................................20

Talor Gruenwald, *et al.*, *Population Attributable Fraction of Gas Stoves and Childhood Asthma in the United States*, 20 Int'l J. Env't Rsch. & Pub. Health 75 (2023)........................................................................6

Tianchao Hu, *et al.*, *Compilation of Published $PM_{2.5}$ Emission Rates for Cooking, Candles and Incense for Use in Modeling of Exposures in Residences* (Aug. 2012) .........................................................................12

U.S. Center for Disease Control, Polycyclic Aromatic Hydrocarbons (PAHs) Fact Sheet (Nov. 2009) .........................................................................13

U.S. EPA, *Air Quality Design Values,* ...................................................... 19

U.S. EPA, *Basic Information about NO2* ...................................................... 7

U.S. EPA, *Carbon Monoxide's Impact on Indoor Air Quality* ................ 12

U.S. EPA, *Facts About Formaldehyde* ........................................................ 7

U.S. EPA, *Health and Environmental Effects of Particulate Matter
(PM): Health Effects* .............................................................................. 11

U.S. EPA, *Integrated Science Assessment (ISA) For Oxides of Nitrogen –
Health Criteria,* (Jan. 2016) ................................................................... 9

U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen –
Health Criteria* (July 2008) .................................................................... 9

U.S. EPA, *Integrated Science Assessment for Ozone and Related
Photochemical Oxidants*
(Feb. 2013) ............................................................................................. 17

U.S. EPA, *Integrated Science Assessment for Particulate Matter* ES-23
(Dec. 2019) ............................................................................................. 11

U.S. EPA, *National Emissions Inventory (NEI) Data* ........................... 16

U.S. EPA, *Ozone National Ambient Air Quality Standards (NAAQS)* .. 19

U.S. EPA, *Report to Congress on Indoor Air Quality Volume II:
Assessment and Control of Indoor Air Pollution* (Aug. 1989) ............... 8

U.S. EPA, *The Inside Story: A Guide to Indoor Air Quality* ..................... 8

U.S. EPA, *What are combustion products?* ................................................. 7

U.S. EPA, *What is Ozone?* ......................................................................... 17

Weiwei Lin, *et al.*, *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 Int'l J. Epidemiology 1728 (Dec. 2013)........................................................6

Yannai S. Kashtan, *et al.*, *Gas and Propane Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution*, 57 Env't Sci. & Tech. 9653 (June 2023) ...................................................................8, 9

Yannai Kashtan, *et al.*, *Integrating indoor and outdoor nitrogen dioxide exposures in US homes nationally by ZIP code*, 4 PNAS Nexus pgaf341 (Dec. 2025) .........................................................................10

viii

## STATEMENT REGARDING CONSENT TO FILE

Pursuant to Rule 29(a)(2), Brief of an Amicus Curiae, all parties in this case have consented to the filing of this amicus brief.

## STATEMENT REGARDING AUTHORSHIP AND FUNDING

Pursuant to Rule 29(a)(2)(4)(E), no party authored this brief in whole or in part, and neither a party nor a party's counsel contributed money that was intended to fund preparing or submitting this brief.

## STATEMENT OF INTEREST

Founded in 1892, Sierra Club is a national grassroots environmental organization with roughly 600,000 members nationwide, including over 12,500 members in Maryland, many of whom live in Montgomery County. Sierra Club's Building Electrification campaign endeavors to educate the public about the health harms caused by burning methane gas in homes, offices, and federal buildings and advocates for policies that protect against such harms.

The Chesapeake Climate Action Network ("CCAN") is a grassroots organization dedicated exclusively to fighting for bold and just solutions to climate change in the Chesapeake region of Maryland, Virginia, and Washington, D.C. CCAN has more than 35,000 members across Maryland, with more than 11,000 in Montgomery County alone, and was an ardent supporter of the passage of Montgomery County Bill 13-22.

Sierra Club and CCAN have been actively highlighting the public health threats of gas combustion in Maryland. In November 2024, Sierra Club released a report on indoor air quality testing in nearly 700

1

kitchens across the Washington, D.C. metro area with gas stoves.[1] In nearly-two thirds of the kitchens tested, the study found significantly elevated levels of nitrogen oxide—well in excess of the federal health-based standard for outdoor air.[2] Nitrogen oxide, which is a harmful respiratory irritant in its own right, is also a precursor to ozone (also called smog), a dangerous air pollutant that already exceeds the U.S. Environmental Protection Agency's safe limits in the Baltimore, Maryland area.[3] Both Sierra Club and CCAN have issued reports demonstrating the significant contribution of gas combustion in buildings to outdoor air pollution in the form of nitrogen oxide.[4] In fact, a report co-authored by CCAN in September 2023 found that pollution

---

[1] Beyond Gas, *Cooking Up Danger* (Nov. 2024), *available at* https://beyondgasdc.org/cooking-up-danger-community-study-reveals-hazardous-nitrogen-dioxide-levels-in-dc-and-maryland-kitchens/. This study also highlighted the unpredictability of gas pollution. In some cases, turning on a kitchen fan unexpectedly increased nitrogen oxide emissions, and nitrogen dioxide levels were often even higher in upstairs bedrooms than in the kitchens themselves. *Id.* at 10.

[2] *Id.* at 3.

[3] Sonoma Technology, *Ozone Impacts from Building Combustion Sources on Nonattainment Areas in Maryland* (Sept. 25, 2024), *available at* https://www.sierraclub.org/sites/default/files/2024-11/md_buildingso3_final.pdf.

[4] *Id.*

from fossil fuel equipment in buildings emits significantly more nitrogen oxide than regional power plants.[5]

Sierra Club and CCAN are also engaged in multiple administrative and legislative efforts to regulate Marylanders' exposure to harmful air pollution from gas combustion. Sierra Club and CCAN have filed comments with the Maryland Public Service Commission in support of long-term planning to wind down the gas system. Sierra Club has raised alarms about Appellant Washington Gas Light Company's attempts to spend millions of ratepayer dollars building new gas distribution pipes, and its advertising to customers that incorrectly portrays gas installation as climate-friendly—which the Maryland Public Service Commission has agreed is misleading.[6]

---

[5] CCAN, *et al.*, *Cutting Through the Smog: How Air Quality Standards Help Solve the Hidden Health Toll Of Air Pollution From Maryland's Homes And Businesses* at 2 (Sept. 2023), https://www.greenandhealthyhomes.org/wp-content/uploads/MD-NOx-Report-_V12_unembargoed.pdf.

[6] Md. Pub. Serv. Comm'n Case Nos. 9707 (Petition of the Office of People's Counsel for Near-Term, Priority Actions and Comprehensive, Long-Term Planning For Maryland's Gas Companies), 9708 (Washington Gas Light Company's Application for Approval of a New Gas System Strategic Infrastructure Development and Enhancement Plan and Accompanying Cost Recovery Mechanism), & 9673 (Complaint of the Office of People's Counsel Against Washington Gas Light

3

Moreover, both CCAN and Sierra Club have been active proponents of Maryland legislation and regulations that would require purchases of new electric heating equipment in homes, require building owners to reduce emissions from fuel combustion in their buildings, and require gas companies to reduce emissions from heating equipment throughout their service territories. CCAN and Sierra Club vigorously supported Montgomery County's Comprehensive Building Decarbonization ordinance. Some of the actions CCAN members took in support of the legislation include the submission of 548 written comments, favorable testimony at committee hearings, and the distribution of 500 pro-electrification yard signs across the county.

In states including California, Colorado, New York, and Washington, Sierra Club has filed *amicus* briefs and intervened in support of state and local governments' efforts to exercise their traditional police powers to protect public health and safety by regulating the combustion of gas in homes and buildings. Sierra Club and CCAN have an interest in ensuring that federal law is not

---

Company and WGL Energy Services, Inc.), PULJ Ruling on Washington Gas Light Company's Request for Dismissal and the Maryland Office of People's Counsel's Motion for Summary Judgment (March 20, 2025).

4

misinterpreted to thwart the ability of Montgomery County, other localities, or other states to safeguard their residents.

## INTRODUCTION AND SUMMARY OF ARGUMENT

There is an established scientific basis and growing public understanding that methane-gas-burning appliances inside our homes, schools, and workplaces are making us sick. While the wide-ranging health impacts attributable to emissions from gas appliances were first recognized decades ago, more recent studies have uncovered the true extent and severity of the connection. It is now indisputable that gas appliances are a leading source of both indoor and outdoor air pollution. In response, states and localities—including Montgomery County—have acted on public concern and exercised their authority to transition buildings away from combusting fossil fuels to abate the health, climate, and air quality impacts of pollution from gas appliances.

This pollution causes serious harm, including lung diseases, such as asthma and chronic obstructive pulmonary disease, cardiovascular disease, cognitive deficits, cancer, and death. Children living in homes

5

with gas stoves are 42% more likely to experience asthma symptoms.[7] Nearly 13% of childhood asthma nationwide is attributable to gas stove use.[8] Appellants' expansive reading of the Energy Policy and Conservation Act ("EPCA")'s preemptive reach would run contrary to Montgomery County's authority to address these public health harms pursuant to their valid police powers, and would otherwise create absurd results on a host of other exercises of local authority. As such, this Court should affirm the decision of the District Court in all respects.

## ARGUMENT

**I.    Gas Appliances Emit Harmful Pollutants That Degrade Both Indoor and Outdoor Air Quality and Threaten Public Health.**

Termed "natural gas" by industry, the blend of chemicals that is piped into homes and other buildings across the country is primarily

---

[7] Weiwei Lin, *et al.*, *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 Int'l J. Epidemiology 1728 (Dec. 2013), *available at* https://doi.org/10.1093/ije/dyt150.

[8] Talor Gruenwald, *et al.*, *Population Attributable Fraction of Gas Stoves and Childhood Asthma in the United States*, 20 Int'l J. Env't Rsch. & Pub. Health 75 (2023), *available at* https://doi.org/10.3390/ijerph20010075.

composed of methane.[9] The chemical byproducts of combusting gas include the greenhouse gas carbon dioxide, as well as nitrogen dioxide,[10] carbon monoxide, particulate matter, and volatile organic compounds such as formaldehyde.[11] Exposure to these pollutants has been increasingly linked to higher rates of respiratory and cardiovascular illnesses, such as childhood asthma, as well as reduced lung function

---

[9] Drew R. Michanowicz, *et al.*, *Home Is Where the Pipeline Ends: Characterization of Volatile Organic Compounds Present in Natural Gas at the Point of the Residential End User*, 56 Env't Sci. & Tech. 10258, 10258 (June 2022), *available at* https://pubs.acs.org/doi/10.1021/acs.est.1c08298 (identifying 296 volatile organic compounds aside from methane in cooking gas samples); Eric D. Lebel, *et al.*, *Composition, Emissions, and Air Quality Impacts of Hazardous Air Pollutants in Unburned Natural Gas from Residential Stoves in California*, 56 Env't Sci. & Tech. 15828 (Oct. 20, 2022), *available at* https://pubs.acs.org/doi/pdf/10.1021/acs.est.2c02581.

[10] "Nitrogen Dioxide (NO2) is one of a group of highly reactive gases known as oxides of nitrogen or nitrogen oxides (NOx). Other nitrogen oxides include nitrous acid and nitric acid. NO2 is used as the indicator for the larger group of nitrogen oxides." U.S. EPA, *Basic Information about NO2*, *available at* https://www.epa.gov/no2-pollution/basic-information-about-no2#What%20is%20NO2 (last updated July 16, 2024).

[11] U.S. EPA, *What are combustion products?*, *available at* https://www.epa.gov/indoor-air-quality-iaq/what-are-combustion-products (last updated Dec. 4, 2024); U.S. EPA, *Facts About Formaldehyde*, https://www.epa.gov/formaldehyde/facts-about-formaldehyde (last updated Sept. 11, 2024).

and premature death.[12] That these pollutants are generated—and in large part remain—indoors raises even greater concerns for public welfare, given that U.S. residents spend nearly 90% of their time indoors.[13] In addition, gas stoves leak unburned gas containing carcinogenic pollutants—such as benzene—into homes at a near-constant rate, even when they are turned off.[14]

---

[12] Andee Krasner, et al., *Cooking with Gas, Household Air Pollution, and Asthma: Little Recognized Risk for Children*, 83 J. Env't Health 8, 14 (2021), *available at* *https://www.proquest.com/docview/2505418593?sourcetype=Scholarly%20Journals*.

[13] U.S. EPA, *The Inside Story: A Guide to Indoor Air Quality*, *available at* https://www.epa.gov/indoor-air-quality-iaq/inside-story-guide-indoor-air-quality (last updated Oct. 22, 2024); Neil E. Klepeis, *et al.*, *The National Human Activity Pattern Survey (NHAPS): A Resource for Assessing Exposure to Environmental Pollutants*, 11 J. Exposure Analysis & Env't Epidemiology 231, 242 (2001) *available at* *https://pubmed.ncbi.nlm.nih.gov/11477521/*; *see also* U.S. EPA, *Report to Congress on Indoor Air Quality Volume II: Assessment and Control of Indoor Air Pollution* (Aug. 1989), *available at* https://nepis.epa.gov/Exe/ZyPDF.cgi/9100LMBU.PDF?Dockey=9100LMBU.PDF.

[14] *See* Eric D. Lebel, *et al.*, *Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes*, 56 Env't Sci. Tech. 2529, 2534 (2022), *available at* https://pubs.acs.org/doi/10.1021/acs.est.1c04707 (research results showing that "most stoves and associated nearby piping leak some methane continuously"); Michanowicz, *et al.*, *supra* n.9, at 10266 (finding benzene and other carcinogenic pollutants in gas samples from home kitchens); Yannai S. Kashtan, *et al.*, *Gas and Propane*

*Nitrogen Dioxide.* The U.S. Environmental Protection Agency

("EPA") has long recognized that nitrogen dioxide, a prevalent pollutant

from gas appliances, can cause asthma.[15] Exposure to nitrogen dioxide

is also linked to chronic obstructive pulmonary disease, cardiovascular

effects, diabetes, cancer, and reproductive harms.[16] As EPA recognized

in 2008, "homes with gas cooking appliances have approximately 50% to

over 400% higher [nitrogen dioxide] concentrations than homes with

electric cooking appliances."[17] Indeed, scientists at the Lawrence

Berkeley National Laboratory demonstrated that up to 70% of residents

living in homes with unvented[18] gas cooking appliances are exposed to

---

*Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution*, 57 Env't Sci. & Tech. 9653 (June 2023), *available at* https://pubs.acs.org/doi/10.1021/acs.est.2c09289.

[15] National Primary and Secondary Ambient Air Quality Standards, 36 Fed. Reg. 8186 (Apr. 30, 1971).

[16] U.S. EPA, *Integrated Science Assessment (ISA) For Oxides of Nitrogen – Health Criteria*, 1-17, 1-22 to 1-30, 5-55 (Jan. 2016), *available at* https://assessments.epa.gov/isa/document/&deid=310879.

[17] U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen – Health Criteria* at 2-38 (July 2008), *available at* https://assessments.epa.gov/isa/document/&deid=194645#downloads.

[18] Even exhaust ventilation of gas cooking appliances has proved to be less effective at reducing pollution than previously thought. *See* Nat'l Ctr. for Healthy Hous., *Studying the Optimal Ventilation for Environmental Indoor Air Quality* 3 (Apr. 2022), *available at* https://nchh.org/resource-library/report_studying-the-optimal-

nitrogen dioxide concentrations that exceed the National Ambient Air Quality Standard (EPA's outdoor limit) of 100 parts per billion.[19] These results mirror Sierra Club's findings of elevated nitrogen dioxide levels in kitchens across Maryland and the District of Columbia.[20] Further, a recent study from Stanford University found gas and propane stoves are a substantial source of residential nitrogen dioxide exposure even when compared with all outdoor sources combined, and concluded that transitioning from gas to electric stoves could cut nitrogen dioxide exposure in the U.S. by over 50%.[21]

***Particulate Matter.*** Particulate matter is another form of air pollution generated by gas appliances that poses a unique threat to

ventilation-for-environmental-indoor-air-quality.pdf (emissions monitoring in Chicago and New York homes found no significant reduction in NO2 from ventilation and 13% to 44% reductions in other contaminants).

[19] Jennifer M. Logue, *et al.*, *Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California*, 122 Env't Health Perspectives 43, 47, 49-50 (Jan. 2014), *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC3888569/; U.S. EPA, Review of the Primary National Ambient Air Quality Standards for Oxides of Nitrogen, 83 Fed. Reg. 17,226, 17,226-27 (April 18, 2018).

[20] *See* Beyond Gas, *supra* n.1.

[21] Yannai Kashtan, Chenghao Wang, Kari C Nadeau, Robert B Jackson, Integrating indoor and outdoor nitrogen dioxide exposures in US homes nationally by ZIP code, *PNAS Nexus*, Volume 4, Issue 12, December 2025, pgaf341, https://doi.org/10.1093/pnasnexus/pgaf341

human health.[22] $PM_{2.5}$, or fine particulate matter, refers to inhalable particles with diameters that are 2.5 micrometers and smaller, and thus easily penetrate the defenses of our lungs.[23] $PM_{2.5}$ is mainly produced by "combustion processes and by atmospheric reactions of various gaseous pollutants."[24] EPA has acknowledged that there is no safe level of $PM_{2.5}$ exposure.[25] Exposure to $PM_{2.5}$ pollution has been linked to premature mortality; heart attacks, strokes, worsening of chronic heart failure, and sudden cardiac death; impaired fetal and childhood lung function development; acute and chronic decreases in lung function; respiratory infections; respiratory emergency department visits, hospitalizations, and deaths; and the development and exacerbation of asthma.[26] While $PM_{2.5}$ is a byproduct of cooking on both

---

[22] National Ambient Air Quality Standards for Particulate Matter, 62 Fed. Reg. 38,652, 38,653–54 (July 18, 1997).

[23] *Id.* at 38,654.

[24] National Ambient Air Quality Standards for Particulate Matter, 71 Fed. Reg. 61,144, 61,146 (Oct. 17, 2006).

[25] U.S. EPA, *Integrated Science Assessment for Particulate Matter* ES-23 (Dec. 2019), *available at* https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=347534.

[26] Clean Air Fine Particle Implementation Rule, 72 Fed. Reg. 20,586, 20,586-87 (Apr. 25, 2007). *See also* U.S. EPA, *Health and Environmental Effects of Particulate Matter (PM): Health Effects*, *available at* https://www.epa.gov/pm-pollution/health-and-

electric and gas stoves, emissions from gas stoves can be two times higher than from electric stoves.[27]

*Carbon Monoxide.* Carbon monoxide poisoning results in more than 400 deaths and over 100,000 emergency department visits in the United States annually.[28] Carbon monoxide exposure is also linked to respiratory illnesses and neurological impairment.[29] According to EPA, homes with gas stoves have higher carbon monoxide levels than those without.[30] Indeed, some gas stoves create high indoor carbon monoxide

---

environmental-effects-particulate-matter-pm (last updated July 16, 2024).

[27] Tianchao Hu, *et al.*, *Compilation of Published PM$_{2.5}$ Emission Rates for Cooking, Candles and Incense for Use in Modeling of Exposures in Residences*, LBNL-5890E, 11 (Aug. 2012), *available at* https://indoor.lbl.gov/publications/compilation-published-pm25-emission.

[28] U.S. Ctr. for Disease Control, *Carbon Monoxide Poisoning*, *available at* https://www.cdc.gov/carbon-monoxide/about/index.html; *see also* Jason J. Rose, *et al.*, *Carbon Monoxide Poisoning: Pathogenesis, Management, and Future Directions of Therapy*, 195 Am. J. Respiratory & Critical Care Med. 596 (2017), *available at* https://pubmed.ncbi.nlm.nih.gov/27753502/.

[29] *Id.*

[30] U.S. EPA, *Carbon Monoxide's Impact on Indoor Air Quality*, *available at* https://www.epa.gov/indoor-air-quality-iaq/carbon-monoxides-impact-indoor-air-quality (last updated Dec. 4, 2024).

levels that nearly exceed the health-based outdoor ambient air quality standards established by EPA.[31]

*Cancer-Causing Compounds.* In addition to the byproducts of fossil fuel burning that have been understood for decades, newer research indicates that gas appliances also release semi-volatile organic compounds known as polycyclic aromatic hydrocarbons (PAHs),[32] as well as volatile organic compounds, such as formaldehyde[33] and benzene.[34] All of these are linked to cancer and, thus, no safe level of exposure can be recommended. For instance, long-term exposure to benzene can lead to blood disorders and, according to the American Cancer Society, is linked to higher rates of cancer, including leukemia and other blood cancers. Short-term exposure to benzene can also cause "drowsiness, dizziness, headaches, tremors, confusion, and/or

---

[31] *See id.* (gas stoves can lead to carbon monoxide concentrations over 30ppm); 40 C.F.R. § 50.8(a)(1),(2) (setting carbon monoxide ambient air quality standard at 9ppm for 8-hour exposure window and at 35ppm for a 1-hour exposure window).

[32] U.S. Ctr. for Disease Control, Polycyclic Aromatic Hydrocarbons (PAHs) Fact Sheet (Nov. 2009), *available at* https://www.epa.gov/sites/default/files/2014-03/documents/pahs_factsheet_cdc_2013.pdf.

[33] U.S. EPA, *supra* n.12.

[34] Michanowicz, *et al.*, *supra* n. 9, at 10266; Kashtan, *et al.*, *supra* n.14.

unconsciousness."[35] A 2022 study of Boston's gas supply revealed the presence of 296 volatile organic compounds, including 21 hazardous air pollutants.[36] Researchers in California similarly found 12 hazardous air pollutants in gas piped into homes, including benzene in similar concentrations to those in secondhand tobacco smoke.[37]

Given the robust body of scientific literature evidencing these harms, leading national health organizations are recognizing the immense public health risks associated with gas appliances. In June 2022, the American Medical Association stated that it:

> (1) recognizes the association between the use of gas stoves, indoor nitrogen dioxide levels and asthma; [and]
> (2) will inform its members and, to the extent possible, health care providers, the public, and relevant organizations that use of a gas stove increases household air pollution and the risk of childhood asthma and asthma severity; which can be mitigated by reducing the use of the gas cooking stove, using adequate ventilation, and/or using an appropriate air filter; and

---

[35] Am. Cancer Soc'y, *Benzene and Cancer Risk, available at* https://www.cancer.org/cancer/risk-prevention/chemicals/benzene.html (last revised Feb. 1, 2023).

[36] Michanowicz, *et al.*, *supra* n. 9, at 10258.

[37] Lebel, *et al.*, *supra* n. 9, at 15,828, 15828, & 15,835.

14

(3) will advocate for innovative programs to assist with mitigation of cost to encourage the transition from gas stoves to electric stoves in an equitable manner.[38]

In July 2022, the American Lung Association published a report synthesizing its literature review of the impacts of internal residential combustion, finding that gas appliance emissions degrade indoor air quality, resulting in worse asthma symptoms and reduced lung function in children and other vulnerable populations.[39] In November 2022, the American Public Health Association adopted a policy acknowledging the scientific evidence linking gas stove emissions to negative health effects and called on regulatory agencies and policymakers to enact measures to abate gas appliance emissions.[40] A County memorandum

---

[38] Am. Med. Ass'n, House of Delegates Report of Reference Committee D at 16-17, Res. 439, A-22 (2022), *available at* https://policysearch.ama-assn.org/policyfinder/detail/gas%20stove?uri=%2FAMADoc%2Fdirectives.xml-D-135.964.xml.

[39] Am. Lung Ass'n, *Literature Review on the Impacts of Residential Combustion, Final Report* (2022), available at https://www.lung.org/getmedia/2786f983-d971-43ad-962b-8370c950cbd6/ICF_Impacts-of-Residential-Combustion_FINAL_071022.pdf.

[40] Am. Pub. Health Ass'n, *Gas Stove Emissions Are a Public Health Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness in Children, Older Adults, and People with Underlying Health Conditions* (Nov. 8, 2022), *available at* https://www.apha.org/Policies-and-Advocacy/Public-Health-Policy-Statements/Policy-Database/2023/01/18/Gas-Stove-Emissions.

15

accompanying the passage of the Comprehensive Building Decarbonization ordinance addresses this public health concern, stating that decarbonized buildings are "healthier for indoor air quality since they do not produce carbon monoxide and nitrogen oxide as byproducts, pollutants that have been shown to contribute asthma in children, respiratory illness, cardiovascular disease, and premature death – a problem disproportionately affecting communities of color."[41]

## II. Emissions from gas appliances have significant outdoor air quality impacts and present health risks.

Fossil fuel combustion in buildings is a major source of outdoor air pollution as well. According to data from EPA's National Emissions Inventory, combusting fossil fuels in buildings releases over 250,000 tons per year of carbon monoxide, over 460,000 tons of nitrogen oxides, and more than 15,000 tons of fine particulate matter nationwide.[42] In Maryland, the nitrogen oxide pollution from fossil fuel combustion in

---

[41] Memorandum from County Executive Marc Elrich to Montgomery County Council President Gabe Albornoz on Introduction of Bill 13-22, Comprehensive Building Decarbonization (June 9, 2022).

[42] Data from U.S. EPA, *2017 National Emissions Inventory (NEI) Data*, *available at* https://www.epa.gov/air-emissions-inventories/2017-national-emissions-inventory-nei-data#dataq.

buildings is three times greater than from all of Maryland's fossil fuel power plants combined.[43]

The consequences of these emissions on ambient air quality are significant and harmful. Ground-level ozone is a highly reactive gas that is formed by interactions between nitrogen oxides and volatile organic compounds, which are emitted by gas-burning equipment and other sources, in the presence of heat and sunlight.[44] Ozone exposure, even short-term exposure, is linked to chronic conditions affecting the respiratory, cardiovascular, reproductive, and central nervous systems, as well as premature mortality.[45] These conditions include increased asthma attacks, emergency room visits, hospitalization, and medication for asthma.[46] Rewiring America recently published a study finding that substituting electric appliances for fossil fuel appliances that vent

---

[43] *See* CCAN *et. al*, *supra* n.5 at 11.

[44] U.S. EPA, *What is Ozone?, available at* https://www.epa.gov/ozone-pollution-and-your-patients-health/what-ozone# (last updated June 20, 2024).

[45] U.S. EPA, *Integrated Science Assessment for Ozone and Related Photochemical Oxidants* 1-5, Tbl. 1-1 (Feb. 2013), *available at* https://ordspub.epa.gov/ords/eims/eimscomm.getfile?p_download_id=511347 [hereinafter "2013 Ozone Integrated Science Assessment"].

[46] U.S. EPA *Policy Assessment for the Review of the Ozone National Ambient Air Quality Standards,* at 3-27 to 3-28, *available at* https://www3.epa.gov/ttn/naaqs/standards/ozone/data/20140829pa.pdf.

17

outdoors (*i.e.*, space and water heaters and clothes dryers) would produce $40 billion in annual public health benefits—including 3,400 fewer premature deaths, 1,300 fewer hospital admissions and emergency room visits, and 220,000 fewer asthma attacks.[47] While the health impacts of ozone are ubiquitous, certain populations are at an increased risk, including people with asthma, children, people over the age of 65, and outdoor workers.[48] As discussed above, multiple areas in Maryland—including the Baltimore and Montgomery County areas—are classified as being in nonattainment of federal ozone standards. In the above-described report that Sierra Club released on the impact of emissions from Maryland's buildings on ozone levels, modeling revealed that on high ozone days, buildings in Maryland contributed as much as 1.99 parts per billion (ppb) to air quality violations. Given that Maryland is often about 1 to 3 ppb in excess of the federal ozone standard of 70 ppb, reducing gas combustion in buildings—through policies such as clean building codes—could bring Maryland from an air

---

[47] Rewiring America, *Breathe Easy* (Dec. 2024), *available at* https://a-us.storyblok.com/f/1021068/x/f03d441bd0/breathe-easy-report-rewiring-america.pdf.

[48] U.S. EPA, *supra* n.44 at 2-30.

quality level that is unsafe and violates EPA's standards to a safe air quality level.[49]

### III. Gas Combustion in Buildings Causes Harmful Climate Pollution, In Contravention of Maryland Law.

In addition to contributing to harmful outdoor ambient pollution, gas combustion in buildings is also a significant source of greenhouse gas emissions. This climate pollution impedes Maryland's ability to comply with its binding climate laws, and has national and international repercussions because it worsens the climate crisis. As described above, methane gas combustion in Maryland's building sector releases the greenhouse gas carbon dioxide, and methane—an even more potent greenhouse gas—also leaks from gas distribution pipes that supply buildings with this fuel. The building sector comprises a significant and growing share of Maryland's total greenhouse gas emissions. According to the State Climate Policy Dashboard database, which models the anticipated effect of state policies on future emissions,

---

[49] U.S. EPA, *Ozone National Ambient Air Quality Standards (NAAQS), available at* https://www.epa.gov/ground-level-ozone-pollution/ozone-national-ambient-air-quality-standards-naaqs; U.S. EPA, *Air Quality Design Values, available at* https://www.epa.gov/system/files/documents/2024-06/o3_designvalues_2021_2023_final_06_04_24.xlsx.

19

about 17% of Maryland's total greenhouse gas emissions came from the building sector in 2024.[50] The model reflects that, as other policies reduce emissions from other sectors over the next 25 years, the share of projected emissions from buildings will rise from about 18% in 2025 to 30% in 2050.[51]

In 2022, acknowledging the myriad harms posed by climate change, especially in flood-prone coastal areas such as Maryland's Eastern Shore, the Maryland General Assembly passed the Climate Solutions Now Act, which requires Maryland to reduce statewide emissions 60% below 2006 levels by 2031 and reach carbon neutrality by 2045.[52] As described in Appellee's brief, Montgomery County adopted an even more ambitious climate policy, resolving to reduce its greenhouse gas emissions by 80% by 2027 and 100% by 2035.[53] In this resolution, the County aptly defines climate change as "an unprecedented global emergency" consisting of drastic global changes,

---

[50] State Climate Policy Dashboard, *Greenhouse Gas Emissions Projections in Maryland*, *available at* https://www.climatepolicydashboard.org/states/Maryland.
[51] *Id.*
[52] MD. CODE ANN., ENVIR. §§ 2–1204.1, 2–1204.2.
[53] Montgomery Cnty. Resolution No. 18-974, *Energy Climate Mobilization* (Dec. 5, 2017).

20

including "mega-droughts, heat waves, super-storms, flash flooding, [and] the migration of mosquito-borne diseases."[54]

Montgomery County's 2021 Climate Action Plan details a range of strategies to achieve its climate goals, including converting gas-fueled space and water heating in the majority of its residential and commercial buildings to electric heat pumps, as well as ensuring all new building developments are all-electric.[55] The Comprehensive Building Decarbonization ordinance, by requiring the County to adopt regulations that would reduce greenhouse gas emissions from buildings, is a critical tool for effectuating the mandates in both county and state climate laws.

## IV. Appellants' faulty reading of EPCA impermissibly affronts Montgomery County's authority to regulate.

The Comprehensive Building Decarbonization ordinance is not preempted by EPCA because EPCA is chiefly concerned with setting energy efficiency standards for appliances before they reach consumers.

---

[54] *Id.*

[55] *Montgomery County Climate Action Plan* at 95 (June 2021), *available at* https://www.montgomerycountymd.gov/climate/Resources/Files/climate/climate-action-plan.pdf.

*See Ass'n of Contracting Plumbers of the City of N.Y., Inc. v. City of N.Y.,* --- F.4th ---, Nos. 25-977 & 25-2041, 2026 WL 1871692, at \*12-13 (2d Cir. June 30, 2026), The ordinance neither establishes, references, relies upon, nor is connected to any "energy efficiency" or "energy use" standards for any covered appliances, as those terms are defined under EPCA. *Id.* at \*3-5 ("[W]e are not at liberty to ignore that the statute defines 'energy use[.]'")

To the contrary, the ordinance is a valid exercise of Montgomery County's police power, which authorizes the county to promulgate regulations that protect its residents' public health and safety. The Fourth Circuit has explained that states clearly have the "police power to promote the public health, safety, welfare, and morals of the State." *Star Scientific Inc. v. Beales*, 278 F.3d 339, 361 (4th Cir. 2002) (upholding Virginia's right to exact damages from tobacco manufacturers as compensation for the harms cigarettes caused to Virginia residents). Counties have similarly broad police powers as states. *See, e.g., Smoke Rise, Inc. v. Washington Suburban Sanitary Comm'n*, 400 F. Supp. 1369, 1386 (D. Md. 1975). As set forth above, by reducing both indoor and outdoor air pollution from buildings, the

22

Comprehensive Building Decarbonization ordinance, once implemented through code amendments, will provide critical public health protections and therefore falls squarely within Montgomery County's police powers.

Appellants' overbroad reading of EPCA would hamstring local authorities' ability to protect their residents from harmful pollution, an important element of their police power that is far removed from regulating appliances' energy efficiency, and that Congress did not intend to disturb in enacting EPCA. *See, e.g.*, 75 Fed. Reg. 59,470, 59,530 (Sept. 27, 2010) (U.S. Department of Energy explaining that it "interprets 'regulation concerning energy use'" in EPCA's preemption provision "to be equivalent to an 'energy conservation standard'"); 47 Fed. Reg. 14,424, 14,456 (Apr. 2, 1982) (U.S. Department of Energy proposing to review waivers of preemption only for "State regulations that are appliance *efficiency* standards," because "[a state] rule whose purpose is other than energy efficiency such as a law on fire safety, would not appear to be preempted by the Federal rule, even if it has a

23

secondary and incidental effect of improving the efficiency of a covered product").

Moreover, Appellants' expansive reading of EPCA's preemptive scope would run contrary to other Congressional enactments that have carefully preserved states' and localities' traditional authority to address outdoor air pollution, including emissions from combustion appliances. *See, e.g.*, 42 U.S.C. § 7401 (finding that "air pollution control at its source is the primary responsibility of States and local governments"); 42 U.S.C. § 7416 (preserving the "right of any State or political subdivision thereof to adopt or enforce (1) any standard or limitation respecting emissions of air pollutants or (2) any requirement respecting control or abatement of air pollution"); 47 Fed. Reg. 29,231 (Jan. 7, 1986) (U.S. Environmental Protection Agency approving local emission standards for furnaces into California's Clean Air Act State Implementation Plan); 75 Fed. Reg. 20,112, 20,133 (Apr. 16, 2010) (U.S. Department of Energy recognizing that local emission standards for water heaters can affect their efficiency).

Accepting Appellants' expansive reading of EPCA's preemption provision would disturb a broad array of state and local regulation

24

which would lead to absurd results unintended by EPCA. *Plumbers* at *36-37 ("[by] interpret[ing] the preemption provision to preclude state and local prohibitions on covered products" it is ". . . far-fetched to conclude that Congress imagined such consequences, let alone *intended* those consequences, when it drafted a preemption provision in a statute that by-and-large imposes energy conservation standards.") These core local regulatory functions would be preempted under the Appellants' reading of EPCA—"an absurd result that the Court must avoid." *Plumbers,* 2026 WL 1871692, at *13 (rejecting similar EPCA preemption claim as "far-fetched" and leading to "absurd results"); *see also Lara-Aguilar v. Sessions*, 889 F.3d 134, 144 (4th Cir. 2018) (*citing Griffin v. Oceanic Contractors, Inc.*, 458 U.S. 564, 575, 102 S.Ct. 3245, 73 L.Ed.2d 973 (1982) (noting that the court is "to avoid 'interpretations of a statute which would produce absurd results'")). Because no federal law grants any federal agency general authority to regulate indoor air pollution,[56] the Appellants' interpretation would create a regulatory void, where neither federal nor state or local authorities can act to

---

[56] *See* EPA, Regulatory and Guidance Information by Topic: Air ("EPA does not regulate indoor air"), https://tinyurl.com/mpfskudp.

25

address the public health threat of gas appliances. EPCA cannot reasonably be read to *sub silentio* preempt this and other important local exercises of police power to protect health and safety.

## CONCLUSION

The undersigned *amici* urge this Court to uphold Montgomery County's right to protect Marylanders and their environment by reducing the unsafe, unhealthy pollution stemming from methane gas combustion. For the reasons stated above, *amici* request this Court affirm the decision of the District Court in all respects.

Dated: July 2, 2026                          Respectfully Submitted,


/s/ *Susan Stevens Miller*                   /s/ *Timothy R. Oberleiton*
Susan Stevens Miller                         Timothy R. Oberleiton
Earthjustice                                 Earthjustice
1250 I Street NW, Suite 400                  1250 I Street NW, Suite 400
Washington, DC 20005                         Washington, DC 20001
(202) 667-4500                               (202) 793-5820
smiller@earthjustice.org                     toberleiton@earthjustice.org

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 2nd day of July, 2026, a true and correct copy of the foregoing was served via the Court's electric filing system upon all counsel of record.

/s/ *Susan Stevens Miller*
Susan Stevens Miller
Earthjustice
1250 I Street NW, Suite 400
Washington, DC 20005
(202) 667-4500
smiller@earthjustice.org

*Counsel for Sierra Club and Chesapeake Climate Action Network*

27

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**

No. 26-1449          Caption: Nat'l Ass'n of Home Builders v. Montgomery County, Maryland

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**
Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

**Type-Volume Limit for Briefs if Produced Using a Computer:** Appellant's Opening Brief, Appellee's Response Brief, and Appellant's Response/Reply Brief may not exceed 13,000 words or 1,300 lines. Appellee's Opening/Response Brief may not exceed 15,300 words or 1,500 lines. A Reply or Amicus Brief may not exceed 6,500 words or 650 lines. Amicus Brief in support of an Opening/Response Brief may not exceed 7,650 words. Amicus Brief filed during consideration of petition for rehearing may not exceed 2,600 words. Counsel may rely on the word or line count of the word processing program used to prepare the document. The word-processing program must be set to include headings, footnotes, and quotes in the count. Line count is used only with monospaced type. See Fed. R. App. P. 28.1(e), 29(a)(5), 32(a)(7)(B) & 32(f).

**Type-Volume Limit for Other Documents if Produced Using a Computer:** Petition for permission to appeal and a motion or response thereto may not exceed 5,200 words. Reply to a motion may not exceed 2,600 words. Petition for writ of mandamus or prohibition or other extraordinary writ may not exceed 7,800 words. Petition for rehearing or rehearing en banc may not exceed 3,900 words. Fed. R. App. P. 5(c)(1), 21(d), 27(d)(2) & 40(d)(3).

**Typeface and Type Style Requirements:** A proportionally spaced typeface (such as Times New Roman) must include serifs and must be 14-point or larger. A monospaced typeface (such as Courier New) must be 12-point or larger (at least 10½ characters per inch). Fed. R. App. P. 32(a)(5), 32(a)(6). Sans-serif type, such as Arial, may not be used except in captions and headings.

This brief or other document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

☒ this brief or other document contains 4,834 [*state number of*] words

☐ this brief uses monospaced type and contains _____ [*state number of*] lines

This brief or other document complies with the typeface and type style requirements because:

☒ this brief or other document has been prepared in a proportionally spaced typeface using
Microsoft Word [*identify word processing program*] in
Century Schoolbook, 14-point [*identify font, size, and type style*];

**or**

☐ this brief or other document has been prepared in a monospaced typeface using
_____ [*identify word processing program*] in
_____ [*identify font, size, and type style*].

**NOTE: The Court's preferred typefaces are Times New Roman, Century Schoolbook, and Georgia. The Court discourages the use of Garamond.**

(s) Susan Stevens Miller

Party Name Susan Stevens Miller          Date: 07/02/2026