FILED:  July 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1449
(8:24-cv-03024-PX)

_____

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED
STATES; RESTAURANT LAW CENTER; NATIONAL FEDERATION OF
INDEPENDENT BUSINESS, INC.; MARYLAND BUILDING INDUSTRY
ASSOCIATION; WASHINGTON GAS LIGHT COMPANY; PHILADELPHIA-
BALTIMORE-WASHINGTON LABORERS' DISTRICT COUNCIL;
TEAMSTERS LOCAL 96; NATIONAL PROPANE GAS ASSOCIATION

Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

Defendant - Appellee

------------------------------

AMERICAN GAS ASSOCIATION; UNITED STATES OF AMERICA

Amici Supporting Appellants

SIERRA CLUB; CHESAPEAKE CLIMATE ACTION NETWORK; DISTRICT
OF COLUMBIA; STATE OF COLORADO; STATE OF CONNECTICUT;
STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MARYLAND;
COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN;
STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW
MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF
VERMONT; THE CITY OF NEW YORK; PUBLIC HEALTH LAW CENTER

Amici Supporting Appellees

_____

O R D E R

_____

Public Health Law Center has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk