**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 8, 2026

---

RESPONSE REQUESTED - SIMILAR CASES

---

No. 26-1449, Natl Assn of Home Builders v. Montgomery County, Maryland
8:24-cv-03024-PX

TO: State of Illinois
State of New Jersey
State of New York
Philadelphia-Baltimore-Washington Laborers' District Council
State of Michigan
State of Oregon
Sierra Club
United States of America
Teamsters Local 96
National Propane Gas Association
Restaurant Law Center
District of Columbia
Montgomery County, Maryland
National Association of Home Builders of the United States
Public Health Law Center
State of Minnesota
State of Vermont
Chesapeake Climate Action Network
National Federation of Independent Business, Inc.
State of New Mexico
City of New York
State of Maryland
American Gas Association
Commonwealth of Massachusetts
Maryland Building Industry Association, Inc.
State of Colorado
State of Connecticut

Washington Gas Light Company
State of Hawaii

RESPONSE DUE: 09/11/2026

Response is required to the notice requesting information regarding similar cases on or before 09/11/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

K. Hancock, Deputy Clerk
804-916-2702