# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

---

Appeal No. & Caption: 26-1449, NAHB, et al. v. Montgomery County, Maryland

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

26-1552, MBIA, et al. v. Serena McIlwain (4th Cir.). The issue in that case is whether the Energy Policy and Conservation Act preempts Maryland's Energy Building Performance Standards, which impose declining net kilograms of carbon dioxide equivalent per square foot emissions limits on a large swath of buildings in the State.

Signature: /s/ J. Mark Little Counsel for: Appellants

Date: 09/10/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)