UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-1449, NAHB v. Montgomery Cnty., Md.

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

No. 26-1552, Maryland Building Industry Association v. McIlwain.
At issue:
Whether the federal Energy Policy and Conservation Act preempts the State of Maryland's Building Energy Performance Standards, which establish limits on net direct greenhouse gas emissions by large buildings.

Signature: Charles E.T. Roberts Counsel for: United States

Date: 9/11/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)