**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| National Association of Home Builders<br><br>*Plaintiffs-Appellants,*<br><br>v.<br><br>Montgomery County, Maryland,<br><br>*Appellee.* | No. 26-1449 |

## NOTICE

Please be advised that Edward B. Lattner, Deputy County Attorney, is retiring from the Office of the County Attorney. Please remove his appearance from the above-captioned case. Appellee, Montgomery County, Maryland, continues to be represented by other counsel.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

/s/ *Edward B. Lattner*
Edward B. Lattner
Deputy County Attorney

/s/ *Erin J. Ashbarry*
Erin J. Ashbarry
Chief, Government Operations Division

/s/ *Kristen J. Nunley*
Kristen J. Nunley
Assistant County Attorney

101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
(240) 777-6705 fax
Attorneys for Defendant-Appellee
Montgomery County, Maryland

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 11, 2026, a copy of the foregoing was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

Scott Novak
Baker Botts L.L.P.
700 K Street NW
Washington, D.C. 20001
scott.novak@bakerbotts.com

J. Mark Little
Baker Botts L.L.P.
910 Louisiana Street
Houson, TX 77002
mark.little@bakerbotts.com

Daniel B. Rankin
Baker Botts L.L.P.
401 S. 1st Street, Suite 1300
Austin, TX 78704
Daniel.rankin@bakerbotts.com
*Counsel for National Association of Home Builders of the United States, Restaurant Law Center, National Federation of Independent Business, Inc., Maryland Building Industry Association, Washington Gas Light Company, and National Propane Gas Association*

Abigail V. Carter
Bredhoff & Kaiser, P.L.L.C.
805 15th St. NW, Suite 1000
Washington, D.C. 20005
acarter@bredhoff.com
*Counsel for Philadelphia-Baltimore-Washington Laborers' District Council*

Lauren McDermott
Mooney, Green, Saidon, Murphy & Welch, P.C.
1920 L. St. NW
Washington, D.C. 20036
lmcdermott@mooneygreen.com
*Counsel for Teamsters Local 96*

/s/ *Edward B. Lattner*
Edward B. Lattner
Deputy County Attorney