**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 14, 2026

---

DOCKET CORRECTION NOTICE

---

No. 26-1449, Natl Assn of Home Builders v. Montgomery County, Maryland
8:24-cv-03024-PX

TO: American Gas Association

FILING CORRECTION DUE: September 17, 2026

Please make the correction identified below and file a corrected document by the date indicated.

---

[ XX ] Incorrect event used. Please refile document using RESPONSE/ANSWER (to Similar Case notice) entry.

R. Phillips, Deputy Clerk
804-916-2702