**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| National Association of Home Builders of the United States, *et al.*,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>Montgomery County, Maryland,<br><br>Defendant-Appellee. | 26-1449 |

**MOTION BY THE UNITED STATES AS *AMICUS CURIAE***
**FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), the United States respectfully seeks leave as *amicus curiae* to participate in the December 2026 oral argument in this appeal. Plaintiffs-Appellants do not oppose this motion. Defendant-Appellee opposes this motion. In support of this motion, the United States states as follows:

1. This is an appeal from a district court order dismissing a lawsuit challenge Montgomery County's ban on appliances that use fuel gas or fuel oil in most new construction. Plaintiffs claim that the ban is preempted by the federal Energy Policy and Conservation Act (EPCA).

2. As set forth in its brief, the United States has a substantial interest in this appeal, which raises important questions regarding the scope of EPCA's preemption provisions and the Department of Energy's work administering EPCA's regulatory scheme for certain consumer products and industrial equipment. The United States thus has an interest in the resolution of the legal issues raised in this appeal.

3. On June 2, 2026, the United States filed a brief as *amicus curiae* in support of Plaintiffs-Appellants.

4. On September 8, 2026, the Court tentatively calendared oral argument in this case during the December 8–11, 2026, oral argument session in Richmond, Virginia.

5. The United States respectfully submits that its participation in argument would aid the Court's consideration of these important issues.

6. The United States has participated as *amicus curiae* in recent oral arguments for two similar appeals, before the Courts of Appeals for the D.C. and Second Circuits. *See Nat'l Ass'n of Home Builders v. District of Columbia*, No. 26-7050 (D.C. Cir.); *Ass'n of Contracting Plumbers of City of New York, Inc. v. City of New York*, No. 25-977 (2d Cir.)

7. Plaintiffs-Appellants consent to this request and agree to share argument time with the United States. They do not intend to file a response.

8. Defendant-Appellee opposes the United States's request and intends to file a response.

9. Should the Court grant this motion, undersigned counsel notes an unavoidable conflict on December 10, 2026, and respectfully requests that oral argument be scheduled on a different day during the December 8–11, 2026 oral argument session.

## CONCLUSION

For the foregoing reasons, the Court should grant the United States leave as *amicus curiae* to participate in the December 2026, oral argument in this case.

Respectfully submitted,

September 2026

BRETT A. SHUMATE
*Assistant Attorney General*

THOMAS PULHAM
CHARLES E.T. ROBERTS
Attorneys
*Civil Division, Room 3617*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 305-1141*
charles.roberts@usdoj.gov

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 385 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in CenturyExpdBT 14-point font, a proportionally spaced typeface.

*/s/ Charles E.T. Roberts*
Charles E.T. Roberts