**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 15, 2026

---

RESPONSE REQUESTED

---

No. 26-1449, Natl Assn of Home Builders v. Montgomery County, Maryland
8:24-cv-03024-PX

TO: Montgomery County, Maryland

RESPONSE DUE: 09/25/2026

Response is required to the motion to participate in oral argument on or before 09/25/2026.

R. Phillips, Deputy Clerk
804-916-2702