FILED: September 25, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1449
(8:24-cv-03024-PX)

---

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES; RESTAURANT LAW CENTER; NATIONAL FEDERATION OF INDEPENDENT BUSINESS, INC.; MARYLAND BUILDING INDUSTRY ASSOCIATION; WASHINGTON GAS LIGHT COMPANY; PHILADELPHIA-BALTIMORE-WASHINGTON LABORERS' DISTRICT COUNCIL; TEAMSTERS LOCAL 96; NATIONAL PROPANE GAS ASSOCIATION

Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

Defendant - Appellee

------------------------------

AMERICAN GAS ASSOCIATION; UNITED STATES OF AMERICA

Amici Supporting Appellants

SIERRA CLUB; CHESAPEAKE CLIMATE ACTION NETWORK; DISTRICT OF COLUMBIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; THE CITY OF NEW YORK; PUBLIC HEALTH LAW CENTER

Amici Supporting Appellees

# O R D E R

The court defers consideration of the motion to participate in oral argument pending assignment of the case to a panel.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk