**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 2, 2026

RULE 46 ADDITIONAL COPIES

No. 26-1449, Natl Assn of Home Builders v. Montgomery County, Maryland
8:24-cv-03024-PX

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 10/05/2026**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| **Document** | **No. of Copies** | **Required From:** |
|---|---|---|
| Response Brief | 1 | MONTGOMERY COUNTY, MARYLAND |

/s/ NWAMAKA ANOWI, CLERK