FILED: November 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1449
(8:24-cv-03024-PX)

---

NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES; RESTAURANT LAW CENTER; NATIONAL FEDERATION OF INDEPENDENT BUSINESS, INC.; MARYLAND BUILDING INDUSTRY ASSOCIATION; WASHINGTON GAS LIGHT COMPANY; PHILADELPHIA-BALTIMORE-WASHINGTON LABORERS' DISTRICT COUNCIL; TEAMSTERS LOCAL 96; NATIONAL PROPANE GAS ASSOCIATION

Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

Defendant - Appellee

------------------------------

AMERICAN GAS ASSOCIATION; UNITED STATES OF AMERICA

Amici Supporting Appellants

SIERRA CLUB; CHESAPEAKE CLIMATE ACTION NETWORK; DISTRICT OF COLUMBIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; THE CITY OF NEW YORK; PUBLIC HEALTH LAW CENTER

Amici Supporting Appellees

---

O R D E R

---

Oral argument in this appeal is scheduled for December 8, 2026.

Upon consideration of amicus curiae the United States' motion for leave to participate in oral argument on time ceded by appellants, the court grants the motion.

For the Court

/s/ Nwamaka Anowi, Clerk