# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-1449, Nat'l Assoc. of Home Builders v. Montgomery Cnty.

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

AMENDED: In addition to the previously identified Case No. No. 26-1552 before this Court, two plaintiffs in this case are now party to a petition for writ of certiorari to the U.S. Supreme Court, No. 26-648, Association of Contracting Plumbers v. City of New York, docketed 11/17/26. The issue as phrased by petitioners: Whether a state or local law that prohibits EPCA-covered gas appliances from consuming any energy is a preempted "regulation concerning the … energy use" of those products. See also Doc. No. 46 filed herein by the County.

Signature: Erin J. Ashbarry Counsel for: Montgomery County, MD

Date: 11/20/26

**File using event:** RESPONSE/ANSWER (to Similar Case notice)