# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 26-1449 Date of Oral Argument: 12/08/26

Caption: Nat'l Ass'n of Home Builders v. Montgomery County, Maryland

Attorney Arguing: Charles E.T. Roberts

Arguing on Behalf of (party name):

United States

Select party type:

☐ Appellant ☐ Appellee ☐ Appellant/Cross-Appellee ☐ Appellee/Cross-Appellant ☑ Amicus ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time

→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side:

Phone Number (day of argument):

Principal Argument Time: (for appellants and appellees)

Rebuttal Argument Time (if any): (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:

Phone Number (day of argument):

Principal Argument Time: (for appellants and appellees)

Rebuttal Argument Time (if any): (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Charles E.T. Roberts

Phone Number (day of argument): 202-856-2140

Argument Time: 5

Select one of the following:

☑ Order allowing argument time

☐ Court-Appointed Amicus

Signature: /s/ Charles E.T. Roberts Date: 11/24/26